**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Independent School District No. 281,

       Plaintiff,                             Civil No. 08-6115 (RHK/JJK)

vs.                                    **DISQUALIFICATION AND**
                                           **ORDER FOR REASSIGNMENT**

B.J., by and through his parents and
next friend, B.D.,

       Defendant.

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated:  December 17, 2008

                                                s/Richard H. Kyle
                                                RICHARD H. KYLE
                                                United States District Judge